IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 1 0 2015

David J. Bradley, Clerk of Court

| | |
|---|---|
| WESTON FARRIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 4:15-cv-02283 |
| § | |
| ROGER GOSS, INDIVIDUALLY, § | |
| AND § | |
| DOOR SERVICE, LLC § | |
| | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is Weston Farris; Defendants are Roger Goss and Door Service LLC.

2. On July 24th, 2015, Plaintiff sued Defendants Roger Goss and Door Service LLC in Justice Court of Fort Bend County, Texas, case # 15-JSC31-00312.

3. Defendants removed the case to the United States District Court for the Southern District of Texas, Houston Division, on August 10th, 2015.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

8. This dismissal is without prejudice.

Respectfully submitted,

By: _____
Weston Farris
Plaintiff, pro se
4843 Claridge Park Ln.
Katy, Texas  77494
Email wes.farris@thegazelle.net
Tel. (281) 816-6767
August 10, 2015

## CERTIFICATE OF SERVICE

I certify that on August 10, 2015, a true and correct copy of this Plaintiff's notice of dismissal was served by U.S. mail, return receipt requested on the following attorney for defendants Roger Goss and Door Service, LLC.

Murrah and Killough, PLLC
ATTN: Richard C. Killough
3000 Weslayan St.
Suite 305
Houston, TX 77027